IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL H. HOLLAND, ELLIOT A. SEGAL, MICHEAL W. BUCKNER, DANIEL L. FASSIO, WILLIAM P. HOBGOOD, CARL E. VAN HORN and GAIL R. WILENSKY as Successor Trustees to MICHAEL H. HOLLAND, MARTY D. HUDSON, ELLIOT A. SEGAL, THOMAS O.S. RAND, CARLTON R. SICKLES, GAIL R. WILENSKY and WILLIAM P. HOBGOOD of the UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,<br><br>    Plaintiffs,<br>v.<br><br>GAL CONSTRUCTION, INC.,<br><br>    Defendant. | Civil Action No. 96-760 |

## **CONSENT JUDGMENT**

it is hereby ordered, decreed and adjudged as follows:

GAL failed to make payments to the Combined Fund as agreed to in the

Settlement and Release and required by the Coal Act.

Judgment on the complaint is entered against GAL in the amount of $131,984.47.

Post-judgment interest shall accrue at the federal judgment rate from the date of

entry of this judgment.

The Clerk is directed to send a copy of this order to all counsel and this case shall

be closed.

_____
United States District Judge

DATED: 7-20-07